Kevin Milne  (CA Bar No. 183222)
Milne Legal
856 Moultrie Street
San Francisco, CA 94110
Kevin.Milne@Milnelegal.org
(510) 990-3045
CJA Attorney, admitted *pro hac vice*
Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bertin Monge Gomez,<br><br>        Petitioner,<br><br>        v.<br><br>Warden of the Golden State Annex Detention Facility, et. al.,<br><br>        Respondents. | Case No. 1:25-cv-01724-DJC-SCR<br><br>**[Proposed] ORDER TO EXTEND TIME TO REPLY TO ANSWER** |

Pursuant to stipulation, the deadline by which Petitioner shall file its reply is January 19, 2026.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE