UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERTIN MONGE GOMEZ (A# 234-387-594),

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No.  1:25-cv-01724 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 30.  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454

1

(9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 30) are adopted in full.

2.    Petitioner's (A# 234-387-594) application for a writ of habeas corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART as follows:

   a. Petitioner's habeas challenge to the legal sufficiency of the bond hearing conducted on August 7, 2025, is DENIED; and

   b. Petitioner's request for declaratory relief (ECF No. 1 at 17) is GRANTED. The Court declares that Petitioner is subject to the discretionary detention scheme in 8 U.S.C. § 1226(a) and eligible to invoke the procedural protections in that statute and its implementing regulations, including the right to request a subsequent bond redetermination pursuant to 8 C.F.R. § 1003.19(e).

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 7, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE